UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN H. BINNS,

    Plaintiff,

v.                                            Case No: 2:14-cv-506-FtM-38DNF

CAESARS ENTERTAINMENT CORPORATION, CAESARS ENTERTAINMENT OPERATING COMPANY, CAESARS WORLD, INC., HARRAH'S ATLANTIC CITY PROPCO, LLC and HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Defendants' Motion to Dismiss for Lack of Jurisdiction (Doc. #4) filed on September 11, 2014. On October 27, 2014, the Plaintiff, John Binns, filed an Amended Complaint. As a result, the Motion to Dismiss is now moot.

Accordingly, it is now

**ORDERED:**

The Defendants' Motion to Dismiss for Lack of Jurisdiction (Doc. #4) is **DENIED as moot**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of October, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record